**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CARMELLA CAROTHERS, individually and on behalf of a class of persons similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | 12-cv-10048 |
| v. | ) ) | |
| LAWRY'S THE PRIME RIB, INC., and LAWRY'S RESTAURANTS, INC. | ) ) ) | Magistrate Judge Maria Valdez |
| Defendants. | ) ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
OF THE PARTIES' PROPOSED CLASS ACTION SETTLEMENT**

Plaintiff, Carmella Carothers, individually and on behalf of a class of persons similarly situated, by her attorneys, moves for the entry of an Order (1) granting preliminary approval of the Parties' proposed Settlement Agreement and Release; (2) approving as to form and content the Parties' proposed Class Notice and Claim Form, and approving the mailing of those documents to the Class Members; (3) approving Kurtzman Carson Consultants as the Class Administrator and preliminarily approving the costs of class administration; (4) granting provisional certification of the proposed Rule 23 Class for settlement purposes; (5) approving Plaintiff as the class representative of the Class; (6) approving Plaintiff's Counsel as Class Counsel; and (7) setting a date for the Fairness Hearing relating to the settlement. In support of her motion, Plaintiff submits herewith her Memorandum in support of her motion, and asks that the Court enter the proposed Order Preliminarily Approving Class Action Settlement and Providing for Notice attached thereto as Exhibit 1-C.

          Respectfully submitted,

          CARMELLA CAROTHERS, individually and on behalf of a class of persons similarly situated,

          <u>/s/ James X. Bormes</u>
          One of Plaintiff's Attorneys

James X. Bormes
Catherine P. Sons
Law Office of James X. Bormes, P.C.
8 South Michigan Avenue
Suite 2600
Chicago, Illinois 60603
(312) 201-0575

2