IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARMELLA CAROTHERS, individually and on behalf of a class of persons similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | 12-cv-10048 |
| v. | ) ) | |
| LAWRY'S THE PRIME RIB, INC., and LAWRY'S RESTAURANTS, INC. | ) ) ) | Magistrate Judge Maria Valdez |
| Defendants. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL
OF THE PARTIES' SETTLEMENT AGREEMENT AND RELEASE**

Plaintiff, Carmela Carothers, individually and on behalf of a class of persons similarly situated, by her attorneys, respectfully moves for the entry of an Order granting final approval of the Parties' Settlement Agreement and Release (the "Settlement Agreement"). In support of her motion, Plaintiff submits a supporting Memorandum of Law, the Declaration of Class Counsel, and the Declaration of Dan Legierski as authorized agent of the Claims Administrator, and states as follows:

1. On February 27, 2014, this Court granted preliminary approval of the Parties' settlement of Plaintiff's class action claims (the "Settlement"). (Dkt. No. 49).

2. Final approval is appropriate where the court determines that a settlement is fair, adequate, and reasonable. *Synfuel Techs., Inc. v. DHL Express (USA), Inc*., 463 F.3d 646, 652 (7th Cir. 2005).

3. The Settlement in this case was achieved in good faith and through arms-length negotiations, and is not the product of fraud or collusion.

4. The Settlement offers substantial monetary relief to the Class Members.

5. The Settlement is overwhelmingly supported by class members. No Class Member submitted a request for exclusion or objected to the Settlement. These facts show strong support for the Settlement.

6. Plaintiff has provided the Class Members with adequate notice of the terms and conditions of the Settlement in a manner intended to maximize their due process rights.

7. Additionally, experienced Class Counsel have extensively analyzed the claims and issues herein, and certify that the Settlement is fair, reasonable, and adequate, and in the best interest of the Class Members. Thus, the Court should grant final approval of the Settlement, find the Settlement fair, reasonable, adequate, and in the best interests of the Class Members, approve Class Counsel's request for an award of attorneys' fees and costs, approve the Incentive Award to the Class Representative, and enter the Parties' proposed final approval order dismissing this action and barring any further Released Claims by class members who worked for Defendant in Illinois and who did not opt-out of the Settlement.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter the proposed, unopposed Final Approval and Dismissal Order, attached as Exhibit 1 to Plaintiff's Memorandum of Law.

Respectfully submitted,

CARMELLA CAROTHERS, individually and on behalf of a class of persons similarly situated,

/s/ James X. Bormes
One of Plaintiff's Attorneys

James X. Bormes
Catherine P. Sons
Law Office of James X. Bormes, P.C.
8 South Michigan Avenue
Suite 2600
Chicago, Illinois  60603
(312) 201-0575